RECEIVED
3/28/2024
KELLY L. STEPHENS, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## Transcript Order for Pro Se Parties

Only parties not represented by counsel may use this form. Attorneys must file transcript orders electronically in CM/ECF. Include on this form all transcripts that you are ordering from *one* court reporter. Use a separate form for each court reporter.

| SHORT CASE TITLE<br>John Koe v. University Hospitals Health System, Inc. et al. | NAME OF DISTRICT COURT<br>U.S. District Court for the Northern District of Ohio | DISTRICT COURT CASE NUMBER<br>1:24-cv-00024 |
|---|---|---|
| COURT OF APPEALS CASE NUMBER<br>24-3263 | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT<br>03/22/2024 | |
| | COURT REPORTER<br>N / A | NAME OF ORDERING PARTY<br>John Koe |

| A. Check the applicable provision:<br>☐ I am ordering a transcript (See Section B)<br>☒ I am not ordering a transcript<br><br>Reason for not ordering a transcript:<br>☐ Transcript is already on file in district court<br>☐ Transcript is unnecessary for appeal purposes<br>☒ No Hearings | B. Provide a description, including dates, of the proceedings for which a transcript is required (i.e. oral argument, sentencing, etc.)<br><br><br><br>Method of Payment ☐ Private Funds ☐ Other |
|---|---|
| C. When transcript is funded by the Criminal Justice Act, transcript of the following proceedings will be provided only if specially authorized by the district court<br><br>☐ Voir Dire<br>☐ Jury Instructions<br>☐ Opening statement of plaintiff<br>☐ Closing argument of plaintiff<br>☐ Opening statement of defendant<br>☐ Closing argument of defendant | D. Deliver transcript to: (Appellant's name, address, telephone) |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for dismissal of appeal.

| E. I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules. |
|---|
| ORDERING PARTY'S SIGNATURE<br>*John Koe* | DATE<br>03/28/2024 |

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**THIS ORDER FORM MUST BE SENT TO BOTH THE COURT REPORTER AND THE COURT OF APPEALS.**