<u>Via Pro Se E-Filing Mailbox</u>

March 28, 2024

Kelly L. Stephens

Clerk, U.S. Court of Appeals for the Sixth Circuit

Re:   Case Opening in No. 24-3263

*John Koe v. University Hospitals Health System, Inc, et al*

Dear Ms. Stephens,

I am writing to inform the Court that I, Plaintiff-Appellant John Koe ("Koe"), am self-represented and not an attorney. Accordingly, both the Appearance of Counsel and Application for Admission to the 6th Circuit Bar forms are not applicable in this case.

I have already paid the full $605.00 appeal filing fee to the U.S. District Court for the Northern District of Ohio. The docket in *John Koe v. University Hospitals Health System, Inc.,* 1:24-cv-00024, (N.D. Ohio)

- 1 -

already shows an entry stating: "USCA Appeal Fees received, $605.00. Receipt #150971 re 9 Notice of Appeal."

The instant case is related to *John Koe v. University Hospitals Health Systems, Inc.*, 22-3952, (6th Cir.) which is still before this court at the time of this filing. The parties participated in mediation through the Court's mediation program in or around late March 2023.

The instant appeal was taken from the district court's February 23, 2024 dismissal of the action and contemporaneous entry of judgment on its own motion and without prior notice. The district court's February 23, 2024 dismissal and entry of judgment reference the prior district court's ruling in.

I intend to file a motion to stay the issuance of the mandate in Case No. 22-3952 so that the Court may retain its jurisdiction pending consideration of the forthcoming petition for rehearing en banc and panel hearing in that case and pending resolution of the conflict between *inter alia* (1) the motion panel order dated February 15, 2023 in No. 22-3952 ; (2) the merits panel order dated March 8, 2024 in No. 22-3952; (3) the district court's judgment in Koe v. University Hospitals

Health System, Inc. (1:22-cv-01455); and (4) the district court judgment giving rise to the instant appeal in No. 24-3263.

Dated: March 28, 2024                    Respectfully submitted,

*/s/ John Koe*

John Koe
PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff-Appellant, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2024, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mail box designated for *pro se* filers:

CA06 Pro_ Se_ Efiling@ca6.uscourts.gov

Upon entry by the Clerk service will be made through the CM/ECF system on users registered in that system.

*/s/ John Koe*

John Koe