## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: April 02, 2024

Mr. David A. Campbell III

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Re: Case No. 24-3263, *John Koe v. University Hospitals Health System, Inc, et al*
Originating Case No. 1:24-cv-00024

Dear Counsel and Mr. Koe:

This case has been docketed as case number **24-3263**. It will be held in abeyance until after the district court rules on pending motions, identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office.

In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Ms. Sandy Opacich

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-3263

JOHN KOE, a pseudonym

    Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER; SEAMUS MCMAHON; DAVID A. CAMPBELL, III; ROBERT J. RONIS; CATHLEEN A. CERNY-SUELZER; ANDREW W. HUNT; SUSAN T. NEDOROST; KATHERINE VANSTRATTON

    Defendants - Appellees