**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  February 04, 2025

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Re:  Case No. 24-3263, *John Koe v. University Hospitals Health System, Inc, et al*
Originating Case No.  1:24-cv-00024

Dear Mr. Koe:

   The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates.  The appellant must serve his brief by mailing it to all opposing counsel.

| | |
|---|---|
| Appellant's Brief | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Mailed by **March 19, 2025** |
| Appellee's Brief<br>Appendix (if required by 6th<br> Cir. R. 30(a) and (c)) | Filed electronically by **April 18, 2025** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **24** days after<br>the appellee's brief |

   **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

   If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

                                        Sincerely yours,

                                        s/Monica M. Page
                                        Case Manager
                                        Direct Dial No. 513-564-7021

cc:  Mr. David A. Campbell III