## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: March 24, 2025

Mr. David A. Campbell III  
Gordon Rees Scully Mansukhani  
600 Superior Avenue, E.  
Suite 1300  
Cleveland, OH 44114

Mr. John Koe  
P.O. Box 527  
Novelty, OH 44072-0527

Re: Case No. 24-3263, *John Koe v. University Hospitals Health System, Inc, et al*  
Originating Case No. 1:24-cv-00024

Dear Counsel and Mr. Koe:

The appellant's motion for extension of time to file brief is **GRANTED**. The appellant's brief received on March 20, 2025, is accepted as filed.

Sincerely yours,

s/Monica M. Page  
Case Manager  
Direct Dial No. 513-564-7021