**Case No. 24-3263**

---

IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

_____

JOHN KOE,

Plaintiff-Appellant,

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al.

Defendants-Appellees.

_____

On Appeal From The United States District Court for the Northern District of Ohio
Case No. 1:24-cv-00024, Judge David A. Ruiz

---

**APPELLEES' MOTION TO EXTEND
DEADLINE TO FILE APPELLEES' BRIEF**

---

    */s/David A. Campbell*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East
Suite 1300
Cleveland, OH 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
Email: dcampbell@grsm.com
dslezak@grsm.com

*Attorneys for Appellees*

Appellees University Hospitals Health System, Inc. ("UHHS"), University Hospitals Cleveland Medical Center ("UHCMC"), Seamus McMahon, David A. Campbell, III, Robert J. Ronis, Cathleen A. Cerny-Suelzer, Andrew W. Hunt, Susan T. Nedorost, and Kathrine Van Stratton (collectively, "Appellees"), pursuant to Local Rule 6 Cir. R. 26(a), hereby request a thirty (30) day extension, though, May 19, 2025, to file is answering brief to Appellant John Koe's ("Koe") brief.

Appellees' brief is currently due April 18, 2025. Since the filing of this appeal, Koe has refiled his complaint at issue in this appeal in the Cuyahoga County Court of Common Pleas. *See Krudy v. University Hospitals Health System, Inc., et al.*, No. CV-25-112548. Appellees have filed a motion to dismiss the re-filed complaint. *Id.* UHHS and UHCMC have also filed a motion to declare Koe a vexatious litigator pursuant to Ohio's vexatious litigator statute. *Id.*

UHCMC has also filed a complaint in the United States District Court for the Northern District of Ohio, seeking to declare Koe to be a vexatious litigator pursuant to federal law. *See University Hospitals Cleveland Medical Center v. Nicholas Krudy*, No. 1:25-cv-00339. Both matters remain pending and Appellees are currently filed briefs and sought hearings related to those matters.

Appellees also seek the brief extension due to the holiday, vacation schedules of Appellees and counsel, and counsels' other litigation obligations. Importantly, the brief thirty-day extension will not prejudice Koe. Indeed, Koe has requested a

40-day extension and a one-day extension, both of which were granted without Appellees opposing the requests. Finally, this motion is sought in good faith and not for purposes of delay.

    Accordingly, Appellees respectfully request that this Court grant this motion and extend Appellees' deadline to respond to the brief by thirty days.

        Respectfully submitted,

        */s/David A. Campbell*
        David A. Campbell (0066494)
        Donald G. Slezak (0092422)
        Gordon Rees Scully Mansukhani, LLP
        600 Superior Ave., East
        Suite 1300
        Cleveland, OH 44114
        Phone: (216) 302-2531
        Fax: (216) 539-0026
        Email: dcampbell@grsm.com
        dslezak@grsm.com

        *Attorneys for Appellees*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on this 17th day of April, 2025. Notice of this filing will be sent to all parties, when applicable, by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system. If parties will not receive notice via the Court's electronic filing system, a true and correct copy of the foregoing will be served via e-mail and mail, upon the following:

John Koe
P.O. Box No. 527
Novelty, Ohio 44072-0527
john@johnkoe.org

*Pro se Appellant*

   /s/David A. Campbell
David A. Campbell (0066494)

*Attorney for Appellee*

## **ADDENDUM: DESIGNATION OF DOCUMENTS**

1. Doc 1, Appellant's Complaint, PageID ## 1-22.

2. Doc 16-2, Appellant's Brief.

3. Doc 20, Appellant's Amended Complaint, PageID ##179-185.

4. Doc 31, Appellee's Motion for Summary Judgment, PageID ## 211-236.

5. Doc 42, Order, PageID ## 764-779.