Case No. 24-3263

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN KOE, a pseudonym

    Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER; SEAMUS MCMAHON; DAVID A. CAMPBELL, III; ROBERT J. RONIS; CATHLEEN A. CERNY-SUELZER; ANDREW W. HUNT; SUSAN T. NEDOROST; KATHERINE VANSTRATTON

    Defendants - Appellees

The appellant's motion for an extension of time to file the reply brief has been **GRANTED**. The reply brief is now due June 24, 2025.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: June 23, 2025