No. 24-3263

JOHN KOE, a pseudonym,

    Plaintiff-Appellant,

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM,
INC., et al.,

    Defendants-Appellees.

Before: STRANCH, READLER, and MATHIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk