**RECEIVED**
8/15/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JOHN KOE, a pseudonym | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 24-3263 |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH | ) | |
| SYSTEM INC., et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

**MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING**

Plaintiff-Appellant respectfully moves, pursuant to FRAP 26(b), FRAP 40, and 6th Cir. R. 40, for a fourteen-day extension of time to file a petition for rehearing in the above-captioned appeal. In support, Appellant states:

1. The Court issued its decision in this appeal, dated August 1, 2025. Plaintiff-Appellant is proceeding pro se.

2. Appellant has already begun work on the petition, but requires additional time to complete his research and review to address the complexity of the issues presented.

- 1 -

3. Plaintiff-Appellant is also required to prepare a petition for rehearing in a separate appeal entered the same day, which presents an unusual burden and necessitates additional time for focused research and review.

4. This request is made solely to ensure a full and fair opportunity to be heard, and will be the only extension sought in this appeal for the purpose of filing a petition for rehearing.

Accordingly, Appellant respectfully requests that the Court extend the deadline for filing a petition for rehearing by fourteen days to August 29, 2025.

Date: August 15, 2025

Respectfully submitted,

_____

John Koe, a pseudonym,
l/k/a Nicholas Krudy

Plaintiff-Appellant, pro se

PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2025, I electronically filed the foregoing Motion to Extend Time to File Petition for Rehearing with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mailbox designated for pro se filers:

CA06_Pro_Se_Efiling@ca6.uscourts.gov

Service will be made on the following through the CM/ECF system as well as electronic mail on the following:

David A. Campbell, III (OH Attorney #66494)
Gordon Rees Scully Mansukhani, LLP
dcampbell@grsm.com

Donald Slezak (OH Attorney #92422)
Gordon Rees Scully Mansukhani, LLP
dslezak@grsm.com

Nicholas Krudy