# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 18, 2025

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Re: Case No. 24-3263, *John Koe v. University Hospitals Health System, Inc, et al*
Originating Case No. 1:24-cv-00024

Dear Mr. Koe:

This is to advise that the court has granted your motion for an extension of time in which to file a Petition for Rehearing.

Your petition is to be received in the clerk's office no later than the close of business on **August 29, 2025**.

> Sincerely yours,
>
> s/Kelly Stephens
>
> Appeal Case Manager: Monica
> Direct Dial No. 513-564-7021

cc: Mr. David A. Campbell III
  Mr. Donald Gabriel Slezak